# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# (NORTHERN DIVISION)

**OPTIV SECURITY INC., et al.**

      Plaintiffs,

v.

**HERJAVEC GROUP, et al.**

      Defendants.

**Civil Action No. 1:18-03798-CCB**

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Optiv Security Inc. and Optiv Parent Inc. and Defendants Herjavec Group and James Robert Cunningham, by and through their respective counsel of record, hereby stipulate under Fed. R. Civ. P. 41(a)(1)(A)(ii) and agree to the dismissal of the above-captioned matter, with prejudice, with each party to bear its or his own costs, expenses, and attorneys' fees.

Dated:  May 31, 2019

Respectfully submitted,

By: /s/ *Noam B. Fischman*
Noam B. Fischman, USDC Maryland Bar No. 16311
Grant R. Gendron (admitted *pro hac vice*)
POLSINELLI, PC
1401 Eye Street N.W., Suite 800
Washington, D.C. 20005
(202)783-3300
nfishman@polsinelli.com
ggendron@polsinelli.com

Of Counsel:
ROBERT J. HINGULA, Mo. Bar No. 56353*
(Admitted *Pro Hac Vice*)
POLSINELLI, PC
900 W. 48th Place, Suite 900
Kansas City, MO  64112
(816)753-1000
Fax:  (816)753-1536
rhingula@polsinelli.com
ATTORNEYS FOR PLAINTIFFS

By: /s/
(signed by Noam B. Fischman with permission of Patrick R. Buckler)
Patrick R. Buckler, Esq
Womble Bond Dickinson (US) LLP
100 Light Street, 26th Floor
Baltimore, MD  21202
410-545-5826
Fax:  443-769-1526
Patrick.buckler@wbd-us.com

Richard P. Winegardner, Esq.
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, IN  46204
317-231-7512
317-231-7433
Richard.winegardner@btlaw.com
ATTORNEYS FOR DEFENDANT
HERJAVEC GROUP

By: /s/
(signed by Noam B. Fischman with permission of Joshua Glikin)
Joshua Glikin, Esq.
Jennifer S. Taff, Esq.
Bowie & Jensen LLC
210 W. Pennsylvania Ave.
Towson, MD  21204
410-583-2400
Fax:  410-583-2437
glikin@bowie-jensen.com
taff@bowie-jensen.com
ATTORNEYS FOR DEFENDANT
JAMES ROBERT CUNNINGHAM

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 31st day of May, 2019, I caused a true and correct copy of the foregoing STIPULATION OF DISMISSAL WITH PREJUDICE to be filed via the Court's CM/ECF system, which will then send a notification of such filing to all counsel of record.

*/s/*
Noam B. Fischman