IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

RECEIVED IN THE OFFICE OF
CATHERINE C. BLAKE

MAY 3 1 2019

UNITED STATES DISTRICT JUDGE

**OPTIV SECURITY INC., et al.**

Plaintiffs,

v.

**HERJAVEC GROUP, et al.**

Defendants.

Civil Action No. 1:18-03798-CCB

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Optiv Security Inc. and Optiv Parent Inc. and Defendants Herjavec Group and James Robert Cunningham, by and through their respective counsel of record, hereby stipulate under Fed. R. Civ. P. 41(a)(1)(A)(ii) and agree to the dismissal of the above-captioned matter, with prejudice, with each party to bear its or his own costs, expenses, and attorneys' fees.

Dated: May 31, 2019

Respectfully submitted,

By: /s/ *Noam B. Fischman*
Noam B. Fischman, USDC Maryland Bar No. 16311
Grant R. Gendron (admitted *pro hac vice*)
POLSINELLI, PC
1401 Eye Street N.W., Suite 800
Washington, D.C. 20005
(202)783-3300
nfishman@polsinelli.com
ggendron@polsinelli.com

Of Counsel:
ROBERT J. HINGULA, Mo. Bar No. 56353*
(Admitted *Pro Hac Vice*)
POLSINELLI, PC
900 W. 48th Place, Suite 900
Kansas City, MO 64112
(816)753-1000
Fax: (816)753-1536
rhingula@polsinelli.com
ATTORNEYS FOR PLAINTIFFS

Approved
CCB
USDJ 5/31/19